**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT# 2

URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT# 3
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT# 4
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT# 5
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT# 6
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT# 7
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT# 8
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT# 9
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT# 10
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT# 11
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/

